

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In re: SANDERS, KIMYATA C.  Case No. 07-34010

Chapter 7

Judge: MARY ANN WHIPPLE

Debtor(s).

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| **Payee** | **Address** | **Amount** |
|---|---|---|
| St. Charles mercy Hospital | Dept. L1107<br>Columbus, OH  43260-1107 | $1.73 |

Check for $1.73 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Dated: 10/07/2010

John N. Graham, Trustee